United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Plaintiff

DOCKET NO.: 1:13-CV-05907-JEI-KMW

vs.

**Charles M. Brent**

Defendant

**Person to be served** (Name & Address):
Charles Brent
807 Jackson Road
Mays Landing, NJ 08330

**Attorney:**
NONE
United States Department of Justice - Tax Division
PO Box 227, Ben Franklin Station
Washington, DC 20044

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____

**Papers Served:**
SUMMONS; COMPLAINT TO REDUCE TAX ASSESSMENTS TO JUDGMENT

**Service Data:**

Served Successfully __XXXX__   Not Served _____   Date: **12/12/2013**   Time: **09:30 AM**

__XXXX__ Delivered a copy to him / her personally

_____ Left a copy at his/her dwelling place or usual place of abode by delivering same to a competent household member over 14 years of age residing therein
(indicate name & relationship at right)

_____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

Name of Person Served and relationship / title:
**Charles Brent, Individually Pursuant to Rule 4:4-4(a)(1).**

Actual place of service:
**807 Jackson Road
Mays Landing, NJ 08330**

**Description of Person Accepting Service:**

Sex: **Male**   Age: **60**   Height: **6'1"**   Weight: **190**   Skin Color: **Black**   Hair Color: **Salt/Pepper**

**Unserved:**

____ Defendant is unknown at the address furnished by the attorney
____ All reasonable inquiries suggest defendant moved to an undetermined address
____ No such street in municipality
____ No response on: _____ Date _____ Time            _____ Date _____ Time
                                                  _____ Date _____ Time

____ Other: _____   Comments or Remarks _____

**Server Data:**

Subscribed and Sworn to me this
__12__ day of __December 2013__

_Suzanne Weingartner_
Name of Notary / commission expiration
SUZANNE WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/4/2018

I, Damon Hadwin, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty that the foregoing is true and correct.

_____ Date
Damon Hadwin - Process Server
J & K Investigative Services Inc - (Our File#: 48902)
P.O. Box 88, Somerville, NJ 08876
908-707-1900